[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 30, 2009
THOMAS K. KAHN
CLERK

_____

No. 06-14599

_____

D.C. Docket No. 05-22510-CV-UUB

LEO C. HOLLINGSWORTH,

Petitioner-Appellant,

versus

ATTORNEY GENERAL OF FLORIDA,
Bill McCollum,
SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,
Walter A. McNeil,

Respondents-Appellees.

------------------------
Appeal from the United States District Court for the
Southern District of Florida
--------------------------

BEFORE  BLACK, BARKETT and PRYOR, Circuit Judges.

BY THE COURT:

Appellees' "Petition for Rehearing En Banc," construed as a motion for

reconsideration of our April 9, 2009, published order and to submit the motion for reconsideration to the full Court, is DENIED. However, on the Court's own motion, the April 9, 2009, order is clarified by deleting footnote 1 in its entirety. The April 9, 2009, order as originally issued is withdrawn, and the Clerk is directed to issue the attached amended order in lieu thereof.